JAMES H. LOCKWOOD, JUDGE OF PROBATE OF CRAWFORD COUNTY, FOR THE USE OF ALEXANDER McNAIR, *versus* LEWIS MUSICK, ADMINISTRATOR, ETC., OF WILFRED OWENS, DECEASED, FRANCIS BOUTHILLIER AND MICHAEL BRISBOIS

JOURNAL ENTRIES (1824–28): *Journal 3:* (1) Time given to make return to writ of error *p. 511. *Journal 4:* (2) Entry of filing of return to writ of error ordered made as of first day of term MS p. 8; (3) continued MS p. 38; (4) continued MS p. 95; (5) stricken from docket MS p. 189; (6) attorney substituted, restored to docket MS p. 190; (7) abated MS p. 234.

PAPERS IN FILE: (1) Precipe for writ of error; (2) writ of error and return; (3) motion to restore case to docket.

*1824–36 Calendar,* MS p. 40.